IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SCOTT WILLIAM CARTLIDGE,

    *Plaintiff*,

v.                                                                         Case No.: 1:24cv82-MW/ZCB

FRANK BISIGNANO,
**Commissioner of the Social
Security Administration,**

    *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Plaintiff's objections, ECF No. 20. Notwithstanding Plaintiff's objections, this Court agrees with the Magistrate Judge's conclusion that substantial evidence supported the ALJ's decision. Neither the Magistrate Judge, nor this Court, may reweigh the evidence in reviewing the ALJ's decision—however, that is essentially the task Plaintiff asks this Court to undertake in reviewing the report and recommendation.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 19, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment

stating, "The Commissioner's decision is **AFFIRMED**, and judgment is entered in the Commissioner's favor under sentence four of 42 U.S.C. § 405(g)." The Clerk shall close the file.

**SO ORDERED on May 19, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
